Pinnacle Films, Inc.
P.O. Box 7029
Charlotte, NC 28241


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste. 330
Charlotte, NC 28203


A1 Welding
3338 Mayhew Forrest Lane
Charlotte, NC 28227


Afflink, LLC
P.O. Box 930751
Atlanta, GA 31193-0751


Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099


Amerisource Funding
Assignee for United Polychem
P.O. Box 4738
Houston, TX 77210


Arrowood/Riverview Medical
1393 Celanese Rd.
Rock Hill, SC 29732


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Barrett@Kostmayer, PLLC
4525 Hedgemore Dr
Suite 108
Charlotte, NC 28209

Basic Plus Office Products
376 Crompton St.
Charlotte, NC 28273


Battenfield Gloucester Eng.
P.O. Box 83213
Woburn, MA 08181-3213


Bearing Distributors, Inc.
P.O. Box 887
Columbia, SC 29202


Benton Express, Inc.
P.O. Box 16709
Atlanta, GA 30321


Black Clawson
46 N. First St.
Fulton, NY 13069-1297


Bryant Supply
P.O. Box 281002
Atlanta, GA 30384-1002


Caraustar
P.O. Box 935013
Atlanta, GA 31193-5013


Caraustar
4019 Tamarack Dr., NW
Kennesaw, GA 30152


Carolinas Healthcare System
P.O. Box 601428
Charlotte, NC

CEI Transport
5105 Toll View Dr.
Suite 200
Rolling Meadow, IL 60008


CH Robinson
3525 Whitehall Park Dr.
Ste. 250
Charlotte, NC 28273


CH Robinson Co.
P.O. Box 9121
Minneapolis, MN 55480-9121


Chambliss, Bahner & Stophel
1000 Tallan Bldg.
Two Union Sq.
Chattanooga, TN 37402


ChemTreat, Inc.
Customer Service Dept.
4461 Cox Road
Suite 300
Glen Allen, VA 23060


CIT Technology Fin Serv
P.O. Box 550599
Jacksonville, FL 32255-0599


City County Tax Coll.
P.O. Box 1400
Charlotte, NC 28201-1400


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


Coast International Svcs
4512 Wilkinson Blvd.
Charlotte, NC 28208

Coface Service N. America
900 Chapel St., #2
New Haven, CT 06510


Compass
1 C Trotter Rd
W. Columbia, SC 29616


Continental Frt Svcs
P.O. Box 804
Blythwood, SC 29016


Conway Southern Express
P.O. Box 5160
Portland, OR 97208-5160


Ed's Pallet World
559 Race Path Church Rd.
Ellenboro, NC 28040


Estes Express
P.O. Box 25612
Richmond, VA 23260-5612


Exxon Mobil
Karina Von Lasperg
Loch Lomond Pl.
120 McDonald St.
St. John, NB Canada E2J 1M5


Exxon Mobile Chemicals
Dept. AT40161
Atlanta, GA 31192-0161


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

Formosa Plastics
Theresa Hung
9 Peachtree Hill Rd.
Livingston, NJ 07039


Formosa Plastics
P.O. Box 844253
Dallas, TX 75284


Formosa Plastics
Bank of America Lock Bx Svcs
16025 Collection Ctr. Dr.
Chicago, IL 60693


Forms and Supply
P.O. Box 563953
Charlotte, NC 28256


Freeman Gas
P.O. Box 1477
Gastonia, NC 28053


G & K Services
11000 Westlake Dr.
Charlotte, NC 28273


Goldenrod Corporation
P.O. Box 95
Beacon Falls, CT 06403


Grainger
1401 South Mint St.
Charlotte, NC 28203-4135


Hydrotex
P.O. Box 678195
Dallas, TX 75267-8195

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


JM Graphics
228 Fairwood Ave.
Charlotte, NC 28203


Liberty Bank
P.O. Box 890
Boulder Creek, CA 95006-0890


Liberty Bank
P.O. Box 431
500 Linden Ave.
S. San Francisco, CA 94080


Linco Products
344 Crompton St.
Charlotte, NC 28273


LLT Bar Code & Label
4560 Darrow Rd.
Stow, OH 44224-1888


Lowe's Companies, Inc.
P.O. Box 530954
Atlanta, GA 30353-0954


M. Holland Company
400 Skokie Blvd.
Suite 600
Northbrook, IL 60062

Matrix Polymers, Inc.
P.O. Box 296
Cold Spring Harbor, NY 11724


McGuire Woods
201 N. Tryon St.
P.O. Box 31247
Charlotte, NC 28231


McMaster Car Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Minarik Corporation
1150-A Crews Rd.
Matthews, NC 28105


Motion Industries
P.O. Box 7164
Charlotte, NC 28241


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


NC Employment Security Comm.
P.O. Box 25903
Raleigh, NC 27611-5903


NDC Infrared Engineering
5314 N. Irwindale Ave.
Irwindale, CA 91706


NYK Logistics & Megacarrier
Dept. AT
P.O. Box 952154
Atlanta, GA 31192

```
Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211




Old Dominion Freight
5600 Wilkinson Blvd
Charlotte, NC 28208




Old Dominion Freight Line
P.O. Box 198475
Atlanta, GA 30384-8475




Osterman Trading
Dept. CH 19289
Palatine, IL 60055-9289




Osterman Trading
Pete Alibrandi
726 S. Main St.
Cheshire, CT 06410




PAC Edge
536 Industrial Way
Chester, SC 29706




Palmetto Packaging Corp.
P.O. Box 4740
Florence, SC 29502




Parker SSD Drive
14052 Collection Ctr. Dr.
Chicago, IL 60693




Perry Dillehay
4991 Ash Hill Rd.
Springhill, TN 37174
```

Piedmont Natural Gas
P.O. Box 533500
Atlanta, GA 30353-3500


Pitney Bowes
Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Plastipak
41605 Ann Arbor Rd.
Plymouth, MI 48170


Powerhouse Mechanical
P.O. Box 240255
Charlotte, NC 28224-0255


Precision Industries
P.O. Box 202618
Dallas, TX 75320-2618


Premier Polymers, LLC
16800 Imperial Valley Dr.
Suite 400
Houston, TX 77060


Priority 1
P.O. Box 398
N. Little Rock, AR 72115


Proshred Security
801 Clanton Rd.
Suite C112
Charlotte, NC 28217


PTL
P.O. Box 1080
Murray, KY 42071

Radco Industries
P.O. Box 23239
Charlotte, NC 28227


RCS, Inc.
7125 Cabin Creek Rd.
Hopkins, SC 29061


Shaw Polymer
741 Boston Post Rd.
Ste. 303
Guilford, CT 06437


Southeast Industrial Equipment
P.O. Box 30428
Charlotte, NC 28230-0428


Standridge Color Corp.
P.O. Box 1086
Social Circle, GA 30025


Summer Ind.
262 Welcome Ctr. Ct.
Welcome, NC 27374


Sunteck Transport
6401 Congress Ave
Ste. 230
Boca Raton, FL   33487


Superior Courier and Logistics
P.O. Box 411272
Charlotte, NC 28241


TQL - Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263-4558

Trane Systems Sales & Serv.
801 Pressley Rd.
Suite 100
Charlotte, NC 28217


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


United Polychem
26400 La Alameda
Suite 112
Mission Vejo, CA 92691


Universal Air Products Corp.
1135 Lance Rd.
Norfolk, VA 23502-2429


Universal Rubber Products
P.O. Box 546
Denver, NC 28037


US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669


US Soft Wiping Cloth, Inc.
P.O. Box 626
Gastonia, NC 28053


USF Holland
750 East 40th St.
P.O. Box 9021
Holland, MI 49422

USF Holland
27052 Network Pl.
Chicago, IL 60673-1270


Ward Trucking
P.O. Box 1553
Altoona, PA 16603-1553


Wayne-Dalton of Charlotte
P.O. Box 931409
Cleveland, OH 44193

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:   **Pinnacle Films, Inc.**                              Case No. _____

                        **Debtor**                             Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **12** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **9/27/2010** _____          Signed: **s/ William E. Rice** _____
                                                        **William E. Rice**

Signed:  _____
         **Richard M. Mitchell**
         Attorney for Debtor(s)
         Bar no.:      **3034**
         **Mitchell & Culp PLLC**
         **1001 Morehead Square Drive, Ste. 330**
         **Charlotte, NC 28203**
         Telephone No.:    **(704) 333-0630**
         Fax No.:          **(704) 333-4975**
         E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pinnacle Films, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **56-2120939** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**10701-A S. Commerce Blvd.**<br>**Charlotte, NC**<br>ZIP CODE **28273** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 7029**<br>**Charlotte, NC**<br>ZIP CODE **28241** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pinnacle Films, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X **Not Applicable** _____<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinnacle Films, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** | X **Not Applicable** |
|     Signature of Debtor |     (Signature of Foreign Representative) |
| X **Not Applicable** | |
|     Signature of Joint Debtor | |
| |     (Printed Name of Foreign Representative) |
|     Telephone Number (If not represented by attorney) | |
| | |
|     Date |     Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____ | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
|     Signature of Attorney for Debtor(s) | |
| **Richard M. Mitchell  Bar No.  3034** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Mitchell & Culp PLLC** | |
| Firm Name | |
| **1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203** | |
| Address | **Not Applicable** |
| |     Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **(704) 333-0630**       **(704) 333-4975** | |
| Telephone Number |     Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **9/27/2010** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. |     Address |

| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| |     Date |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| X **s/ William E. Rice** | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
|     Signature of Authorized Individual | |
| **William E. Rice** | If more than one person prepared this document, attach to the appropriate official form for each person. |
| Printed Name of Authorized Individual | |
| **President** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Title of Authorized Individual | |
| **9/27/2010** | |
| Date | |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **Pinnacle Films, Inc.**                                                    ,     Case No. _____

Debtor

Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Exxon Mobile Chemicals<br>Dept. AT40161<br>Atlanta, GA 31192-0161 | Dennis Moon<br>281-870-6679<br>Exxon Mobile Chemicals<br>Dept. AT40161<br>Atlanta, GA 31192-0161 | Trade | | $1,782,244.80 |
| Osterman Trading<br>Dept. CH 19289<br>Palatine, IL 60055-9289 | Pete Alibrandi<br>203-272-2233<br>Osterman Trading<br>Dept. CH 19289<br>Palatine, IL 60055-9289 | Trade | | $543,431.96 |
| Matrix Polymers, Inc.<br>P.O. Box 296<br>Cold Spring Harbor, NY 11724 | Lauren Ubertini<br>516-921-4343<br>Matrix Polymers, Inc.<br>P.O. Box 296<br>Cold Spring Harbor, NY 11724 | Trade | | $820,304.76 |
| United Polychem<br>26400 La Alameda<br>Suite 112<br>Mission Vejo, CA 92691 | MacKenzie Pham<br>949-367-0040<br>United Polychem<br>26400 La Alameda<br>Suite 112<br>Mission Vejo, CA 92691 | Trade | | $398,896.00 |
| Shaw Polymer<br>741 Boston Post Rd.<br>Ste. 303<br>Guilford, CT 06437 | Kelly Gillig<br>512-584-5057<br>Shaw Polymer<br>741 Boston Post Rd.<br>Ste. 303<br>Guilford, CT 06437 | Trade | | $330,755.00 |
| Premier Polymers, LLC<br>16800 Imperial Valley Dr.<br>Suite 400<br>Houston, TX 77060 | Scott Wilson<br>704-947-0906<br>Premier Polymers, LLC<br>16800 Imperial Valley Dr.<br>Suite 400<br>Houston, TX 77060 | Trade | | $240,955.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Pinnacle Films, Inc.** _____ , Case No. _____

                                    Debtor                    Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **M. Holland Company**<br>**400 Skokie Blvd.**<br>**Suite 600**<br>**Northbrook, IL 60062** | | **Trade** | | **$190,486.88** |
| **Formosa Plastics**<br>**Bank of America Lock Bx Svcs**<br>**16025 Collection Ctr. Dr.**<br>**Chicago, IL 60693** | **Theresa Hung**<br>**973-716-7302**<br>**Formosa Plastics**<br>**Bank of America Lock Bx Svcs**<br>**16025 Collection Ctr. Dr.**<br>**Chicago, IL 60693** | **Trade** | | **$155.766.00** |
| **City County Tax Coll.**<br>**P.O. Box 1400**<br>**Charlotte, NC 28201-1400** | | **Property Tax** | | **$76,238.52** |
| **Caraustar**<br>**P.O. Box 935013**<br>**Atlanta, GA 31193-5013** | | **Trade** | | **$136,323.23** |
| **Afflink, LLC**<br>**P.O. Box 930751**<br>**Atlanta, GA 31193-0751** | | **Customer Rebate** | | **$64,881.49** |
| **Palmetto Packaging Corp.**<br>**P.O. Box 4740**<br>**Florence, SC 29502** | **David Searcy**<br>**843-662-5800**<br>**Palmetto Packaging Corp.**<br>**P.O. Box 4740**<br>**Florence, SC 29502** | **Trade** | | **$56,244.20** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Pinnacle Films, Inc.** _____ , Case No. _____
                          Debtor                      Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Sunteck Transport 6401 Congress Ave Ste. 230 Boca Raton, FL  33487** | | | | **$37,821.20** |
| **Chambliss, Bahner & Stophel 1000 Tallan Bldg. Two Union Sq. Chattanooga, TN 37402** | | **Professional Fees** | | **$182,000.00** |
| **USF Holland 27052 Network Pl. Chicago, IL 60673-1270** | | **Trade** | | **$28,509.18** |
| **Old Dominion Freight Line P.O. Box 198475 Atlanta, GA 30384-8475** | **Teresa 336-822-5147 Old Dominion Freight Line P.O. Box 198475 Atlanta, GA 30384-8475** | **Trade** | | **$37,522.27** |
| **CH Robinson Co. P.O. Box 9121 Minneapolis, MN 55480-9121** | | **Trade** | | **$23,650.00** |
| **Plastipak 41605 Ann Arbor Rd. Plymouth, MI 48170** | | | | **$14,437.51** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Pinnacle Films, Inc.**                                    ,   Case No. _____

Debtor                                Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Ed's Pallet World**<br>**559 Race Path Church Rd.**<br>**Ellenboro, NC 28040** | | | | **$22,323.25** |
| **Ward Trucking**<br>**P.O. Box 1553**<br>**Altoona, PA 16603-1553** | | **Trade** | | **$19.462.31** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William E. Rice, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **9/27/2010** _____      Signature:   **s/ William E. Rice** _____

**William E. Rice ,President** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re  **Pinnacle Films, Inc.** _____

Case No. _____

                       Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A1 Welding**<br>**3338 Mayhew Forrest Lane**<br>**Charlotte, NC 28227** | | | | | | | **225.00** |
| ACCOUNT NO.<br><br>**Afflink, LLC**<br>**P.O. Box 930751**<br>**Atlanta, GA 31193-0751** | | | | | | | **64,881.49** |
| ACCOUNT NO.<br><br>**Allied Waste Services**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | | | | | | | **354.85** |
| ACCOUNT NO.<br><br>**Amerisource Funding**<br>**Assignee for United Polychem**<br>**P.O. Box 4738**<br>**Houston, TX 77210** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**Arrowood/Riverview Medical**<br>**1393 Celanese Rd.**<br>**Rock Hill, SC 29732** | | | | | | | **40.00** |

  18   Continuation sheets attached

Subtotal ➢ $       **65,501.34**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Pinnacle Films, Inc.                                        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                        Barrett@Kostmayer, PLLC 4525 Hedgemore Dr Suite 108 Charlotte, NC 28209 | | | | | | | 1,875.00 |
| ACCOUNT NO.                                        Basic Plus Office Products 376 Crompton St. Charlotte, NC 28273 | | | | | | | 465.48 |
| ACCOUNT NO.                                        Battenfield Gloucester Eng. P.O. Box 83213 Woburn, MA 08181-3213 | | | | | | | 1,998.64 |
| ACCOUNT NO.                                        Bearing Distributors, Inc. P.O. Box 887 Columbia, SC 29202 | | | | | | | 2,178.98 |
| ACCOUNT NO.                                        Benton Express, Inc. P.O. Box 16709 Atlanta, GA 30321 | | | | | | | 10,585.25 |

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    17,103.35

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**                                           Case No. _____
                           **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Black Clawson**<br>46 N. First St.<br>Fulton, NY 13069-1297 | | | | | | | **4,716.00** |
| ACCOUNT NO.<br>**Bryant Supply**<br>P.O. Box 281002<br>Atlanta, GA 30384-1002 | | | | | | | **163.25** |
| ACCOUNT NO.<br>**Caraustar**<br>4019 Tamarack Dr., NW<br>Kennesaw, GA 30152 | | | | | | | **NPO** |
| ACCOUNT NO.<br>**Caraustar**<br>P.O. Box 935013<br>Atlanta, GA 31193-5013 | | | | | | | **136,323.23** |
| ACCOUNT NO.<br>**Carolinas Healthcare System**<br>P.O. Box 601428<br>Charlotte, NC | | | | | | | **70.00** |

Sheet no. _2_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **141,272.48**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pinnacle Films, Inc.**
_____   Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **CEI Transport**<br>**5105 Toll View Dr.**<br>**Suite 200**<br>**Rolling Meadow, IL 60008** | | | | | | | **1,600.00** |
| ACCOUNT NO. | | | | | | | |
| **CH Robinson**<br>**3525 Whitehall Park Dr.**<br>**Ste. 250**<br>**Charlotte, NC 28273** | | | | | | | **NPO** |
| ACCOUNT NO. | | | | | | | |
| **CH Robinson Co.**<br>**P.O. Box 9121**<br>**Minneapolis, MN 55480-9121** | | | | | | | **23,650.00** |
| ACCOUNT NO. | | | | | | | |
| **Chambliss, Bahner & Stophel**<br>**1000 Tallan Bldg.**<br>**Two Union Sq.**<br>**Chattanooga, TN 37402** | | | | | | | **182,000.00** |
| ACCOUNT NO. | | | | | | | |
| **ChemTreat, Inc.**<br>**Customer Service Dept.**<br>**4461 Cox Road**<br>**Suite 300**<br>**Glen Allen, VA 23060** | | | | | | | **529.10** |

Sheet no. _3_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **207,779.10**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**_____    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CIT Technology Fin Serv** <br> **P.O. Box 550599** <br> **Jacksonville, FL 32255-0599** | | | | | | | 90.22 |
| ACCOUNT NO. <br><br> **City County Tax Coll.** <br> **P.O. Box 1400** <br> **Charlotte, NC 28201-1400** | | | | | | | 76,238.52 |
| ACCOUNT NO. <br><br> **Coast International Svcs** <br> **4512 Wilkinson Blvd.** <br> **Charlotte, NC 28208** | | | | | | | 3,795.00 |
| ACCOUNT NO. <br><br> **Coface Service N. America** <br> **900 Chapel St., #2** <br> **New Haven, CT 06510** | | | | | | | 64.00 |
| ACCOUNT NO. <br><br> **Compass** <br> **1 C Trotter Rd** <br> **W. Columbia, SC 29616** | | | | | | | 900.00 |

Sheet no.  4  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         81,087.74

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**_____     Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Continental Frt Svcs**<br>**P.O. Box 804**<br>**Blythwood, SC 29016** | | | | | | | **7,250.00** |
| ACCOUNT NO.<br><br>**Conway Southern Express**<br>**P.O. Box 5160**<br>**Portland, OR 97208-5160** | | | | | | | **2,367.67** |
| ACCOUNT NO.<br><br>**Ed's Pallet World**<br>**559 Race Path Church Rd.**<br>**Ellenboro, NC 28040** | | | | | | | **22,323.25** |
| ACCOUNT NO.<br><br>**Estes Express**<br>**P.O. Box 25612**<br>**Richmond, VA 23260-5612** | | | | | | | **9,236.73** |
| ACCOUNT NO.<br><br>**Exxon Mobil**<br>**Karina Von Lasperg**<br>**Loch Lomond Pl.**<br>**120 McDonald St.**<br>**St. John, NB Canada E2J 1M5** | | | | | | | **NPO** |

Sheet no.  5 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **41,177.65**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**                                    Case No. _____
                    Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,782,244.80 |
| **Exxon Mobile Chemicals** **Dept. AT40161** **Atlanta, GA 31192-0161** | | | | | | | |
| ACCOUNT NO. | | | | | | | 41.12 |
| **FedEx** **P.O. Box 371461** **Pittsburgh, PA 15250-7461** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **Formosa Plastics** **Theresa Hung** **9 Peachtree Hill Rd.** **Livingston, NJ 07039** | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| **Formosa Plastics** **P.O. Box 844253** **Dallas, TX 75284** | | | | | | | |
| ACCOUNT NO. | | | | | | | 155,766.00 |
| **Formosa Plastics** **Bank of America Lock Bx Svcs** **16025 Collection Ctr. Dr.** **Chicago, IL 60693** | | | | | | | |

Sheet no.  6  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $        **1,938,051.92**

Total  ⟩  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pinnacle Films, Inc.**                                        Case No. _____
                    _____
                              **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Forms and Supply**<br>**P.O. Box 563953**<br>**Charlotte, NC 28256** | | | | | | | **285.68** |
| ACCOUNT NO.<br><br>**Freeman Gas**<br>**P.O. Box 1477**<br>**Gastonia, NC 28053** | | | | | | | **247.44** |
| ACCOUNT NO.<br><br>**G & K Services**<br>**11000 Westlake Dr.**<br>**Charlotte, NC 28273** | | | | | | | **361.20** |
| ACCOUNT NO.<br><br>**Goldenrod Corporation**<br>**P.O. Box 95**<br>**Beacon Falls, CT 06403** | | | | | | | **3,115.00** |
| ACCOUNT NO.<br><br>**Grainger**<br>**1401 South Mint St.**<br>**Charlotte, NC 28203-4135** | | | | | | | **1,017.34** |

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            **5,026.66**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Pinnacle Films, Inc._____     Case No. _____

Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hydrotex**<br>P.O. Box 678195<br>Dallas, TX 75267-8195 | | | | | | | **573.26** |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**JM Graphics**<br>228 Fairwood Ave.<br>Charlotte, NC 28203 | | | | | | | **1,057.18** |
| ACCOUNT NO.<br><br>**Liberty Bank**<br>P.O. Box 431<br>500 Linden Ave.<br>S. San Francisco, CA 94080 | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**Liberty Bank**<br>P.O. Box 890<br>Boulder Creek, CA 95006-0890 | | | 1,349,136.00 | | | | **SECURED** |

Sheet no.  8 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $                          **1,630.44**

Total  ⟩  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**                                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Linco Products**<br>344 Crompton St.<br>Charlotte, NC 28273 | | | | | | | 865.01 |
| ACCOUNT NO.<br><br>**LLT Bar Code & Label**<br>4560 Darrow Rd.<br>Stow, OH 44224-1888 | | | | | | | 117.00 |
| ACCOUNT NO.<br><br>**Lowe's Companies, Inc.**<br>P.O. Box 530954<br>Atlanta, GA 30353-0954 | | | | | | | 134.39 |
| ACCOUNT NO.<br><br>**M. Holland Company**<br>400 Skokie Blvd.<br>Suite 600<br>Northbrook, IL 60062 | | | | | | | 190,486.88 |
| ACCOUNT NO.<br><br>**Matrix Polymers, Inc.**<br>P.O. Box 296<br>Cold Spring Harbor, NY 11724 | | | | | | | 820,304.76 |

Sheet no.  9 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $      **1,011,908.04**

Total  ›  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pinnacle Films, Inc.**                                      Case No. _____
                        Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 990.00 |
| McGuire Woods 201 N. Tryon St. P.O. Box 31247 Charlotte, NC 28231 | | | | | | | |
| ACCOUNT NO. | | | | | | | 472.82 |
| McMaster Car Supply Co. P.O. Box 7690 Chicago, IL 60680-7690 | | | | | | | |
| ACCOUNT NO. | | | | | | | 778.60 |
| Minarik Corporation 1150-A Crews Rd. Matthews, NC 28105 | | | | | | | |
| ACCOUNT NO. | | | | | | | 900.77 |
| Motion Industries P.O. Box 7164 Charlotte, NC 28241 | | | | | | | |
| ACCOUNT NO. | | | | | | | NPO |
| NC Dept. of Revenue P.O. Box 1168 Raleigh, NC 27602-1168 | | | | | | | |

Sheet no. _10_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    3,142.19

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Pinnacle Films, Inc._____     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NC Employment Security Comm.**<br>**P.O. Box 25903**<br>**Raleigh, NC 27611-5903** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**NDC Infrared Engineering**<br>**5314 N. Irwindale Ave.**<br>**Irwindale, CA 91706** | | | | | | | **3,711.66** |
| ACCOUNT NO.<br><br>**NYK Logistics & Megacarrier**<br>**Dept. AT**<br>**P.O. Box 952154**<br>**Atlanta, GA 31192** | | | | | | | **6,994.96** |
| ACCOUNT NO.<br><br>**Office Depot**<br>**P.O. Box 633211**<br>**Cincinnati, OH 45263-3211** | | | | | | | **79.37** |
| ACCOUNT NO.<br><br>**Old Dominion Freight**<br>**5600 Wilkinson Blvd**<br>**Charlotte, NC 28208** | | | | | | | **NPO** |

Sheet no. _11_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | **10,785.99**

Total  ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pinnacle Films, Inc.**                                                Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Old Dominion Freight Line** P.O. Box 198475 Atlanta, GA 30384-8475 | | | | | | | **37,522.27** |
| ACCOUNT NO. **Osterman Trading** Dept. CH 19289 Palatine, IL 60055-9289 | | | | | | | **543,431.96** |
| ACCOUNT NO. **Osterman Trading** Pete Alibrandi 726 S. Main St. Cheshire, CT 06410 | | | | | | | **NPO** |
| ACCOUNT NO. **PAC Edge** 536 Industrial Way Chester, SC 29706 | | | | | | | **3,602.32** |
| ACCOUNT NO. **Palmetto Packaging Corp.** P.O. Box 4740 Florence, SC 29502 | | | | | | | **56,244.20** |

Sheet no. _12_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **640,800.75**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pinnacle Films, Inc.**                                          Case No. _____
                                    **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Parker SSD Drive**<br>**14052 Collection Ctr. Dr.**<br>**Chicago, IL 60693** | | | | | | | **16,653.33** |
| ACCOUNT NO.<br><br>**Perry Dillehay**<br>**4991 Ash Hill Rd.**<br>**Springhill, TN 37174** | | | | | | | **1,020.70** |
| ACCOUNT NO.<br><br>**Piedmont Natural Gas**<br>**P.O. Box 533500**<br>**Atlanta, GA 30353-3500** | | | | | | | **53.14** |
| ACCOUNT NO.<br><br>**Pitney Bowes**<br>**Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** | | | | | | | **351.88** |
| ACCOUNT NO.<br><br>**Plastipak**<br>**41605 Ann Arbor Rd.**<br>**Plymouth, MI 48170** | | | | | | | **14,437.51** |

Sheet no. _13_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  **32,516.56**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**  Case No. _____
                                    _____
            **Debtor**                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Powerhouse Mechanical** <br> **P.O. Box 240255** <br> **Charlotte, NC 28224-0255** | | | | | | | 1,898.81 |
| ACCOUNT NO. <br><br> **Precision Industries** <br> **P.O. Box 202618** <br> **Dallas, TX 75320-2618** | | | | | | | 2,309.03 |
| ACCOUNT NO. <br><br> **Premier Polymers, LLC** <br> **16800 Imperial Valley Dr.** <br> **Suite 400** <br> **Houston, TX 77060** | | | | | | | 240,955.00 |
| ACCOUNT NO. <br><br> **Priority 1** <br> **P.O. Box 398** <br> **N. Little Rock, AR 72115** | | | | | | | 9,520.00 |
| ACCOUNT NO. <br><br> **Proshred Security** <br> **801 Clanton Rd.** <br> **Suite C112** <br> **Charlotte, NC 28217** | | | | | | | 50.00 |

Sheet no. _14_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      254,732.84

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**                              Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PTL** <br> **P.O. Box 1080** <br> **Murray, KY 42071** | | | | | | | **4,104.00** |
| ACCOUNT NO. <br><br> **Radco Industries** <br> **P.O. Box 23239** <br> **Charlotte, NC 28227** | | | | | | | **1,881.00** |
| ACCOUNT NO. <br><br> **RCS, Inc.** <br> **7125 Cabin Creek Rd.** <br> **Hopkins, SC 29061** | | | | | | | **1,170.82** |
| ACCOUNT NO. <br><br> **Shaw Polymer** <br> **741 Boston Post Rd.** <br> **Ste. 303** <br> **Guilford, CT 06437** | | | | | | | **330,755.00** |
| ACCOUNT NO. <br><br> **Southeast Industrial Equipment** <br> **P.O. Box 30428** <br> **Charlotte, NC 28230-0428** | | | | | | | **550.00** |

Sheet no. _15_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **338,460.82**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Pinnacle Films, Inc._____     Case No. _____
                              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Standridge Color Corp.**<br>**P.O. Box 1086**<br>**Social Circle, GA 30025** | | | | | | | **4,770.00** |
| ACCOUNT NO.<br><br>**Summer Ind.**<br>**262 Welcome Ctr. Ct.**<br>**Welcome, NC 27374** | | | | | | | **11,468.78** |
| ACCOUNT NO.<br><br>**Sunteck Transport**<br>**6401 Congress Ave**<br>**Ste. 230**<br>**Boca Raton, FL  33487** | | | | | | | **37,821.20** |
| ACCOUNT NO.<br><br>**Superior Courier and Logistics**<br>**P.O. Box 411272**<br>**Charlotte, NC 28241** | | | | | | | **100.00** |
| ACCOUNT NO.<br><br>**TQL - Total Quality Logistics**<br>**P.O. Box 634558**<br>**Cincinnati, OH 45263-4558** | | | | | | | **2,000.00** |

Sheet no. _16_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        **56,159.98**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pinnacle Films, Inc.**                                Case No. _____
                     Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Trane Systems Sales & Serv.**<br>**801 Pressley Rd.**<br>**Suite 100**<br>**Charlotte, NC 28217** | | | | | | | **2,815.78** |
| ACCOUNT NO.<br><br>**United Parcel Service**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | | | | | | | **161.01** |
| ACCOUNT NO.<br><br>**United Polychem**<br>**26400 La Alameda**<br>**Suite 112**<br>**Mission Vejo, CA 92691** | | | | | | | **398,896.00** |
| ACCOUNT NO.<br><br>**Universal Air Products Corp.**<br>**1135 Lance Rd.**<br>**Norfolk, VA 23502-2429** | | | | | | | **2,141.14** |
| ACCOUNT NO.<br><br>**Universal Rubber Products**<br>**P.O. Box 546**<br>**Denver, NC 28037** | | | | | | | **132.79** |

Sheet no. _17_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➢  $        **404,146.72**

Total    ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pinnacle Films, Inc.**                                 Case No. _____
_____
         Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**US Soft Wiping Cloth, Inc.**<br>**P.O. Box 626**<br>**Gastonia, NC 28053** | | | | | | | **433.00** |
| ACCOUNT NO.<br><br>**USF Holland**<br>**750 East 40th St.**<br>**P.O. Box 9021**<br>**Holland, MI 49422** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**USF Holland**<br>**27052 Network Pl.**<br>**Chicago, IL 60673-1270** | | | | | | | **28,509.18** |
| ACCOUNT NO.<br><br>**Ward Trucking**<br>**P.O. Box 1553**<br>**Altoona, PA 16603-1553** | | | | | | | **19,462.31** |
| ACCOUNT NO.<br><br>**Wayne-Dalton of Charlotte**<br>**P.O. Box 931409**<br>**Cleveland, OH 44193** | | | | | | | **488.21** |

Sheet no.  18  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        **48,892.70**

Total  >  $     **5,300,177.27**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re **Pinnacle Films, Inc.**                                              ,          Case No. _____

Debtor

Chapter    **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 0 | $        0.00 | | |
| B - Personal Property | YES | 0 | $        0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 0 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    5,300,177.27 | |
| G - Executory Contracts and Unexpired Leases | YES | 0 | | | |
| H - Codebtors | YES | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 19 | $        0.00 | $    5,300,177.27 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **Pinnacle Films, Inc.**

Debtor

Case No. _____

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

## United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re   **Pinnacle Films, Inc.**

Debtor

Case No. _____

Chapter   **11**   _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **5,300,177.27** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **5,300,177.27** |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Pinnacle Films, Inc.** _____    Case No. _____
_____
Debtor                                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **William E. Rice**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of      **20**_____ sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **9/27/2010**_____        Signature:   **s/ William E. Rice**_____

**William E. Rice President**_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*